

FILED

MAR 17 2020

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 3:20-CR-18 |
| MARVIN DEBOULET, | |
| Defendant. | Violations: 18 U.S.C. § 498<br>18 U.S.C. § 1035(a)(2)<br>18 U.S.C. § 1343<br>18 U.S.C. § 1347 |

## INDICTMENT

The Grand Jury charges that:

### COUNTS ONE to FIVE

(Wire Fraud)

1. From on or about October 2014 to on or about August 2018, in Berkeley County, West Virginia, within the Northern District of West Virginia, and elsewhere, the defendant, **MARVIN DEBOULET**, knowingly and intentionally devised a scheme and artifice to defraud the Social Security Administration (or "SSA") and for obtaining money and property from SSA by means of material false pretenses, representations, and promises.

2. As part of the scheme, on or about October 20, 2014, **MARVIN DEBOULET**, filed an application for SSA disability insurance benefits. In his application, he falsely indicated that he had served in the U.S. Marine Corps from 1994 to 2005.

3. It was further part of the scheme that, on November 13, 2014, **DEBOULET** appeared at the Martinsburg Veterans Affairs Medical Center ("VAMC") and made materially false statements to his medical provider that he had suffered disabling combat injuries during overseas combat while serving in the United States Marine Corps.

4.      It was further part of his scheme that SSA relied on defendant **MARVIN DEBOULET**'s materially false statements to the Martinsburg VAMC to substantiate and approve his false disability claims.

5.      As a result of the scheme, defendant **MARVIN DEBOULET** fraudulently obtained $56,857.50 from SSA in benefits to which he was not entitled.

6.      As a result of the scheme, defendant **MARVIN DEBOULET**, fraudulently caused SSA to make payments of $22,475.00 to his son, Marvin N. Deboulet II, which he was not entitled.

7.      On or about the dates below, defendant **MARVIN DEBOULET** caused to be transmitted by means of wire communications in interstate commerce writings, signs, signals, pictures and sounds for the purpose of executing such scheme and did aid, abet, counsel, command, induce, and procure the transmission of the following wire communications in interstate commerce, each transmission constituting a separate count:

| Count | Date | Wire Communication |
|---|---|---|
| One | August 3, 2015 | Payment via direct deposit from Social Security Administration to Defendant's checking account at Comerica Bank, PO Box 75000, Detroit, MI 48275 for $337.30 |
| Two | December 31, 2015 | Payment via direct deposit from Social Security Administration to Defendant's checking account at Comerica Bank, PO Box 75000, Detroit, MI 48275 for $814.00 |
| Three | December 2, 2016 | Payment via direct deposit from Social Security Administration to Defendant's checking account at Comerica Bank, PO Box 75000, Detroit, MI 48275 for $814.00 |
| Four | December 1, 2017 | Payment via direct deposit from Social Security Administration to Defendant's checking account at Comerica Bank, PO Box 75000, Detroit, MI 48275 for $492.00 |
| Five | August 31, 2018 | Payment via direct deposit from Social Security Administration to Defendant's checking account at Comerica Bank, PO Box 75000, Detroit, MI 48275 for $661.00 |

All in violation of Title 18, United States Code, Section 1343.

## COUNT SIX

(Health Care Fraud)

1. From on or about June 2012 through on or about October 2018, in Berkeley County, in the Northern District of West Virginia, and elsewhere, the defendant, **MARVIN DEBOULET**, knowingly and willfully executed and attempted to execute a scheme and artifice to defraud the Department of Veterans Affairs, Veterans Health Administration (or "VHA"), a health care benefit program as defined in Title 18, United States Code, 24(b), in connection with the delivery of and payment for health care benefits, items, and services.

2. As part of the scheme, **MARVIN DEBOULET** falsely claimed to have served in the United States Marine Corps from 1994 to 2005. **DEBOULET** falsely claimed during this time to have been wounded in combat during multiple overseas combat deployments to Iraq, Afghanistan and Kosovo.

3. As part of the scheme, **MARVIN DEBOULET**, possessed and used a fraudulent certificate of military discharge from the United States Marine Corps in which he claimed, among other things, to have received a Purple Heart for being wounded in combat.

4. To execute and attempt to execute his scheme, on December 12, 2015, in Martinsburg, West Virginia, **DEBOULET** provided material false statements during a Compensation and Benefits Examination for an Initial Post Traumatic Stress Disorder Disability Benefits evaluation, specifically indicating that he deployed to multiple combat zones where members of his unit were killed and where he sustained combat related injuries including PTSD.

5. In reliance on these false statements and the purported awards received by **MARVIN DEBOULET**, the VHA provided health care benefits to **MARVIN DEBOULET** beginning in June 2012 and continuing through 2018.

All in violation of Title 18, United States Code, Section 1347.

## COUNT SEVEN

(False Statement Relating to Health Care Matters)

On or about November 12, 2015, in Berkeley County, in the Northern District of West Virginia, the defendant, **MARVIN DEBOULET**, knowingly and willfully made a materially false, fictitious and fraudulent statement and representation, that he served in the United States Marine Corps from 1994 to 2005 and was injured in overseas combat, in connection with the delivery of health care benefits, items, and services by the Department of Veterans Affairs, Veterans Health Administration, a health care benefit program as defined in 18 U.S.C. § 24(b), in violation of Title 18, United States Code, Section 1035.

## COUNT EIGHT

(False Military Discharge Certificate)

On or about November 12, 2015, in Berkeley County, in the Northern District of West Virginia, the defendant, **MARVIN DEBOULET**, used, unlawfully possessed, and exhibited a certificate of discharge from the United States Marine Corps, that falsely stated **MARVIN DEBOULET** served in the Marine Corps from 1994 to 2005 and received a Purple Heart award, knowing the same to be forged, counterfeited, and falsely altered, in violation of Title 18, United States Code, Section 498.

A True Bill,

/s/_____
Grand Jury Foreperson

/s/_____
WILLIAM J. POWELL
UNITED STATES ATTORNEY

Jeffrey A. Finucane
Assistant United States Attorney